**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JONATHAN COLES, | ) |
| | ) |
| Plaintiff, | ) 2:25-CV-356 |
| vs. | ) |
| | ) Hon. J. Nicholas Ranjan |
| U/K KASMARK; and U/K WOODY, | ) |
| | ) |
| Defendants. | ) Magistrate Judge Patricia L. Dodge |
| | ) |

**MEMORANDUM ORDER**

*Pro se* Plaintiff Jonathan Coles filed a complaint (ECF 6) alleging a violation of his Eighth Amendment rights on March 14, 2025. The matter was referred to Magistrate Judge Patricia L. Dodge for proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and the Local Rules of Court applicable to Magistrate Judges.

Currently before the Court is a Report & Recommendation (ECF 25) filed by Judge Dodge on August 19, 2025. Judge Dodge recommended that the Court dismiss the case for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b). The parties were notified that objections to the Report & Recommendation were due by September 2, 2025. On August 25, 2025, then-Chief Judge Hornak ordered an administrative stay until October 3, 2025 (ECF 29). By its terms, the stay expired on October 3, 2025, and a notice of the lifting of the stay was sent to Plaintiff and docketed on October 6, 2025 (ECF 32). Even accounting for the extension created by the administrative stay, no objections were filed.

Upon a review of the record of this matter and the Report and Recommendation, the Court finds no clear error on the face of the record, and therefore enters the following order.

- 1 -

- 2 -

AND NOW, this 15th day of December, 2025, it is **ORDERED** that the case is

**DISMISSED WITH PREJUDICE.**  The Report & Recommendation is adopted as

the opinion of the Court.

BY THE COURT:

/s/ *J. Nicholas Ranjan*
United States District Judge

cc:
Jonathan Coles
QM 9182
SCI Greene
169 Progress Drive
Waynesburg, PA 15370